FORM 18A-1

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE**

|  |  |
|---|---|
| SHENZHEN XINBODA INDUSTRIAL CO., LTD., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) Court No. 12-00174 |
| Defendant, | ) ) |
| and | ) ) |
| FRESH GARLIC PRODUCERS ASSOCIATION, ET AL., | ) ) ) |
| Defendant-Intervenors. | ) ) |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

**PLEASE TAKE NOTICE** that Brendan Saslow, formerly an attorney with the U.S. Department of Commerce, who previously entered an appearance on behalf of defendant United States in this action and the related actions listed in the attached schedule, is no longer employed by Commerce and is therefore no longer participating in these actions.  Please remove his CM/ECF access to business proprietary information and assure that he is no longer served with business proprietary information.

s/ Emma T. Hunter
Emma T. Hunter
Assistant Chief Counsel
Office of the Chief Counsel

FORM 18A-2

       for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
(202) 482-9156

Dated:  July 25, 2023　　　　　　　　　Email: Emma.Hunter@trade.gov

SCHEDULE TO NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION

| Court Number(s) | Case Name |
| --- | --- |
| 14-00224 | SeAH Steel VINA Corporation v. United States |
| 14-00259 | United States Steel Corporation v. United States |
| 15-00103 | Shanghai Wells Hanger Co., Ltd. et al v. United States |
| 15-00151 | Shandong Rongxin Import & Export Co., Ltd. v. United States |
| 16-00073 | Weishan Hongda Aquatic Food Co., Ltd. et al v. United States |
| 16-00134 | SolarWorld Americas, Inc. v. United States |
| 16-00165 | JSW Steel Ltd. et al v. United States |
| 16-00168 | ArcelorMittal USA LLC v. United States |
| 17-00077 | Atkore Steel Components, Inc. v. United States |
| 17-00112 | Shanghai Wells Hanger Co., Ltd. et al v. United States |
| 17-00145 | Shandong Rongxin Import & Export Co., Ltd. v. United States |
| 17-00173 | Canadian Solar International Limited et al v. United States |
| 17-00236 | Star Pipe Products v. United States |
| 17-00260 | Xiping Opeck Food Co., Ltd. v. United States |
| 18-00024 | Prime Time Commerce LLC v. United States |
| 18-00192 | The Navigator Company, S.A. v. United States |

| | |
|---|---|
| 18-00214 | Saha Thai Steel Pipe Public Company Limited v. United States |
| 19-00083 | American Cast Iron Pipe Company et al v. United States |
| 19-00099 | Hyundai Steel Company v. United States |
| 19-00103 | United States Steel Corporation v. United States |
| 19-00145 | Qingdao Sea-Line International Trading Co., Ltd. v. United States |
| 19-00202 | Xiping Opeck Food Co., Ltd. et al., v. United States |
| 19-00207 | Yancheng Hi-King Agriculture Developing Co., Ltd. v. United States |
| 19-00208 | Saha Thai Steel Pipe Public Company Limited v. United States |
| 19-00211 | Jinxiang Infang Fruit & Vegetable Co., Ltd. v. United States |
| 19-00215 | Jinxiang Infang Fruit & Vegetable Co., Ltd. v. United States |
| 20-00018 | Ferrostaal Metals GmbH et al v. United States |
| 21-00251 | Teknik Aluminyum Sanayi A.S. v. United States |
| 22-00108 | Euro SME Sdn Bhd v. United States |